IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRENT EDWARD RENEAU, | § | |
| TDCJ-CID NO. 675226 | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-331 |
| | § | |
| DOUG DRETKE, Director of the Texas | § | |
| Department of Criminal Justice- | § | |
| Institutional Division, | § | |
|     Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy of this Order to the parties.

SIGNED at Houston, Texas, on February 3, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE